UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL SCHECHTER, ) | |
| ) | |
| *Plaintiff*, ) | Case No, 1:25-CV-00551-RC |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| DOUGLAS COLLINS, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME
TO FILE HER REPLY BRIEF**

Comes now Plaintiff, by and through undersigned counsel, with her Unopposed Motion for Enlargement of Time to file her Reply Brief in support of her Motion for a Preliminary Injunction, and states as follows:

According to Local Rule 7(d), Plaintiff's Reply to Defendant's Opposition to her Motion for Preliminary Injunction is due tomorrow, March 14, 2025. However, today, March 13, 2025, Judge Alsup of the Norther District of California issued a broad injunction in which he ordered several agencies, including the Department of Veterans' Affairs, to return to work the probationary employees who were terminated, ostensibly for poor performance, on February 13-14 of 2025, which includes Plaintiff. *See* Docket Report for *American Federation of Government Employees, AFL-CIO, et al. v. United States Office of Personnel Management, et al.*, Case No. C 25-01780 WHA.

At this time, the parties do not have a copy of that decision, and are not certain what Defendant intends to do with respect to that order. However, there is a strong possibility that Judge

1

Alsup's order resolves some, or potentially all, of the claims herein. Therefore, Plaintiff asks this Court for an extension of one week (7 days), to ascertain if Plaintiff's claims are subsumed in the order from the NDCA.

No party will be harmed by the extension requested, and in accordance with Local Rule 7(f), Plaintiff has sought Defendant's consent to the relief requested, and Defendant does not oppose.

Respectfully submitted,

/s/Pamela M. Keith
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
Tel: (202) 800-0292
Fax: (202) 807-5725
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GAIL SCHECHTER, )   | |
| ) | |
| *Plaintiff*, ) | Case No, 1:25-CV-00551-RC |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| DOUGLAS COLLINS, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

**MEMORANDUM OF LAW**
**IN SUPPORT OF**
**PLAINTIFF'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME**
**TO FILE HER REPLY BRIEF**

Comes now Plaintiff, by and through undersigned counsel, with her Memorandum of Law in support of her Unopposed Motion for Enlargement of Time to file her Reply Brief in support of her Motion for a Preliminary Injunction, and states as follows:

Today, March 13, 2025, Judge Alsup of the Norther District of California issued a broad injunction in which he ordered several agencies, including the Department of Veterans' Affairs, to return to work the probationary employees who were terminated, ostensibly for poor performance, on February 13-14 of 2025, which includes Plaintiff. *See* Docket Report for *American Federation of Government Employees, AFL-CIO, et al. v. United States Office of Personnel Management, et al.*, Case No. C 25-01780 WHA.

The Parties are in communication and attempting to understand the scope and impact of Judge Alsup's order, and to ascertain if Defendant is going to comply with that ORDER. At issue in this particular case is the irreparable reputational harm that is being done to Plaintiff due to the

3

false and defamatory allegation that she was terminated for poor performance.  It is conceivable that Judge Alsup's Order mitigates or negates some or all of the claims herein, and Plaintiff asks this Court for a short extension of one week to better understand the impact of that ruling.

Where a party requests an extension before the expiration of the period originally prescribed for the filing, the district court may extend the deadline, in its discretion, "for cause shown." *Jordan v. U.S. Dep't of Labor*, 308 F. Supp. 3d 24, 36 (D.D.C. 2018) (citing Fed.R.Civ.P. 6(b)(1)); *cf. Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner*, 101 F.3d 145, 151 (D.C. Cir. 1996) (mentioning a district court's "prerogative to manage its docket, and its discretion to determine how best to accomplish this goal").

The requested brief extension will not prejudice either party and Defendant does not oppose the relief sought.  For these reasons, Plaintiff's Motion for Enlargement of Time to File her Reply in Support of her Motion for a Preliminary Injunction is sound, and should be GRANTED.

                                              Respectfully submitted,

                                               /s/Pamela M. Keith
                                              Pamela M. Keith
                                              CENTER FOR EMPLOYMENT JUSTICE
                                              650 Massachusetts Ave. NW
                                              Suite 600
                                              Washington, DC 20001
                                              (202) 800-0292
                                              pamkeith@centerforemploymentjustice.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of March 2025, a copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time to file her Reply in Support of her Motion for a Preliminary Injunction was served on counsel of record via ECF filing system on:

John Truong
Deputy Chief Civil Division
Benton Peterson
United Sates Attorney's Office
601 D St. NW
Washington, DC 20530
(202) 252-2524
(202) 815-8958 (Cell)
John.Truong@usdoj.gov
Benton.peterson@usdoj.gov
*Counsel for Defendant*

                                                /s/*Pamela M. Keith*
                                                Pamela M. Keith

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GAIL SCHECHTER, ) | |
| ) | |
| *Plaintiff*, ) | Case No, 1:25-CV-00551-RC |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| DOUGLAS COLLINS, ) | |
| ) | |
| *Defendant*. ) | |
| _____ ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff's Unopposed Motion for Enlargement of Time to File her Reply Brief in support of her Motion for a Preliminary Injunction, and the Memorandum of Law in support thereof, and the record herein, it is this ___day of _____, 2025, hereby ORDERED, that the Motion is GRANTED and the Plaintiff's Reply will now be due on or before March 21, 2025.

So ORDERED.

_____                                                                  _____
Dated                                                                                    Judge Rudolph Contreras

Copies to:

Attorneys of Record