UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL SCHECHTER, ) | |
| ) | |
| *Plaintiff*, ) | Case No, 1:25-CV-00551-RC |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| DOUGLAS COLLINS, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

**PLAINTIFF'S CONSENT MOTION FOR
ENLARGEMENT OF TIME
TO FILE HER REPLY BRIEF**

Comes now Plaintiff, by and through undersigned counsel, with her Consent Motion for Enlargement of Time to file her Reply Brief in support of her Motion for a Preliminary Injunction, and states as follows:

As a result of a preliminary injunction issued in *American Federation of Government Employees, AFL-CIO, et al. v. United States Office of Personnel Management, et al.*, Case No. C 25-01780 WHA, Plaintiff's termination letter has been rescinded. At the moment, she is in an administrative leave status. Plaintiff was scheduled to return to work on March 26, 2025, however, her return to work was placed on hold without explanation, and she has not yet been returned to work, which has complicated her ability to ascertain the status of her claims. Also, settlement discussions are ongoing but have not progressed and require more time.

For these reasons, Plaintiff asks this Court for an additional seven (7) days to file her Reply brief. No party will be prejudiced by the relief requested, and pursuant to Rule 7(m) Defendant consents to the relief sought.

1

Respectfully submitted,

/s/Pamela M. Keith
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
Tel: (202) 800-0292
Fax: (202) 807-5725
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL SCHECHTER,            ) | |
|                            ) | |
|    *Plaintiff*,    ) | Case No, 1:25-CV-00551-RC |
|                            ) | |
| v.                         ) | |
|                            ) | JURY TRIAL DEMANDED |
| DOUGLAS COLLINS,           ) | |
|                            ) | |
|    *Defendant*.   ) | |
| _____) | |

**MEMORANDUM OF LAW
IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION FOR
ENLARGEMENT OF TIME
TO FILE HER REPLY BRIEF**

  Comes now Plaintiff, by and through undersigned counsel, with her Memorandum of Law in support of her Consent Motion for Enlargement of Time to file her Reply Brief in support of her Motion for a Preliminary Injunction, and states as follows:

  As a result of the preliminary injunction issued in *American Federation of Government Employees, AFL-CIO, et al. v. United States Office of Personnel Management, et al.*, Case No. C 25-01780 WHA, Defendant has rescinded Plaintiff's termination.  However, she has been placed on administrative leave, rather than returned to work.  Plaintiff was scheduled to return to work on March 26, 2025, but was stopped from returning to work without any explanation.  Settlement discussions have begun, but have not progressed and require additional time.  Plaintiff needs additional time to ascertain what her status really is in order to craft her reply brief and other papers.  She therefore requests an additional seven (7) days to file her Reply brief to on or before April 4, 2025.

Where a party requests an extension before the expiration of the period originally prescribed for the filing, the district court may extend the deadline, in its discretion, "for cause shown." *Jordan v. U.S. Dep't of Labor*, 308 F. Supp. 3d 24, 36 (D.D.C. 2018) (citing Fed.R.Civ.P. 6(b)(1)); *cf. Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner*, 101 F.3d 145, 151 (D.C. Cir. 1996) (mentioning a district court's "prerogative to manage its docket, and its discretion to determine how best to accomplish this goal").

The requested brief extension will not prejudice either party and Defendant consents to the relief sought. For these reasons, Plaintiff's Consent Motion for Enlargement of Time to File her Reply in Support of her Motion for a Preliminary Injunction is sound, and should be GRANTED.

> Respectfully submitted,
>
> /s/Pamela M. Keith
> Pamela M. Keith
> CENTER FOR EMPLOYMENT JUSTICE
> 650 Massachusetts Ave. NW
> Suite 600
> Washington, DC 20001
> (202) 800-0292
> pamkeith@centerforemploymentjustice.com
> *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of March 2025, a copy of the foregoing Plaintiff's Consent Motion for Enlargement of Time to file her Reply in Support of her Motion for a Preliminary Injunction was served on counsel of record via ECF filing system on:

John Truong
Deputy Chief Civil Division
Benton Peterson
United Sates Attorney's Office
601 D St. NW
Washington, DC 20530
(202) 252-2524
(202) 815-8958 (Cell)
John.Truong@usdoj.gov
Benton.peterson@usdoj.gov
*Counsel for Defendant*

                                             /s/*Pamela M. Keith*
                                             Pamela M. Keith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL SCHECHTER,  )<br>  )<br>   *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>DOUGLAS COLLINS,  )<br>  )<br>   *Defendant*.  )<br>_____ ) | Case No, 1:25-CV-00551-RC<br><br>JURY TRIAL DEMANDED |

## **ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time to File her Reply Brief in support of her Motion for a Preliminary Injunction, and the Memorandum of Law in support thereof, and the record herein, it is this ___day of _____, 2025, hereby ORDERED, that the Motion is GRANTED and the Plaintiff's Reply will now be due on or before April 4, 2025.

So ORDERED.

_____                                                          _____
Dated                                                                             Judge Rudolph Contreras

Copies to:

Attorneys of Record