UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL SCHECHTER, ) | |
| ) | |
| *Plaintiff*, ) | Case No.: 1:25-CV-00551-RC |
| ) | |
| v. ) | |
| ) | |
| DOUGLAS COLLINS, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**PLAINTIFF'S NOTICE**
**OF VOLUNTARY DISMISSAL**

Comes now Plaintiff, Gail Schechter (hereinafter "Ms. Schechter" or "Plaintiff"), by and through undersigned counsel, with her Notice of Voluntary Dismissal, at states as follows:

On or about May 21, 2025, Plaintiff entered into an agreement to participate in the Deferred Resignation Program ("DRP") offered by Defendant. As part of that agreement, Plaintiff is required to dismiss the instant action. This is therefore notice to the Court of Voluntary Dismissal.

Respectfully submitted

/s/Pamela M. Keith
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
Tel: (202) 800-0292
Fax: (202) 807-5725
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

This is to certify that on this 22 nd day of May 2025, a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was served on counsel of record via ECF filing system on:

John Truong
Deputy Chief Civil Division
Benton Peterson
United Sates Attorney's Office
601 D St. NW
Washington, DC 20530
(202) 252-2524
(202) 815-8958 (Cell)
John.Truong@usdoj.gov
Benton.peterson@usdoj.gov
*Counsel for Defendant*

                                            /s/*Pamela M. Keith*
                                            Pamela M. Keith

3